UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21226-CIV-ALTMAN

SYLVIA BREAUX,

    *Plaintiff*,

v.

NCL (BAHAMAS) LTD.,

    *Defendant*.

_____/

**FINAL JUDGMENT**

In a separate order, the Court granted the Defendant's Motion for Summary Judgment [ECF No. 94]. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Judgment is entered in favor of the Defendant. The Plaintiff shall take nothing by this action.

2. The Clerk is directed to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida this 24th day of June 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record